# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151092

HIGHLAND APARTMENTS, LLC, and
SASSON SANDER BABAYOV,
          Plaintiffs-Appellants,

v

RICHARD GOLDEN, MICHAEL KINGSLEY,
12850 HIGHLAND, LLC, AIMEE WALKER,
12850 WOODWARD, LLC, DETROIT EDISON
COMPANY, DTE ENERGY COMPANY, and
HOWARD & HOWARD,
          Defendants-Appellees,

and

RANDY PARDY, ANDREW J. MUNRO, and
MUNRO & ZACK, PC,
          Defendants.
_____/

SC: 151092
COA: 318204
Wayne CC: 10-003353-CZ

On order of the Court, the application for leave to appeal the November 26, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



Clerk

a1214